C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-82159 C-13D |
| Amy L. Henderson | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On July 28, 2011, a hearing was held on Objection by American Home Mortgage to confirmation of the Debtor's proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and, no other party appeared. The Court, after considering the Objection and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1. The Objection by American Home Mortgage to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

2. The Debtor shall have 30 days from July 28, 2011, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
Page 1 of 1
**09-82159 C-13D**

Amy L. Henderson
2713 Omah St.
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Kimberly A. Sheek, Esq.
10130 Perimeter Pkwy., Ste. 400
Charlotte, NC  28216