B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of North Carolina (NC Exemptions)

In re **Amy Lynn Henderson**  
Debtor(s)

Case No. **09-82159**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

**Creditor's Name:**  
**American Home Mortgage**

**Describe Property Securing Debt:**  
**House and Land:**  
**2713 Omah Street**  
**Durham, NC 27705**  
**Value pursuant to November 2009 Foreclosure Sale Price**

Property will be (check one):  
■ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt  ☐ Not claimed as exempt

---

Property No. 2

**Creditor's Name:**  
**Durham County Tax Collector**

**Describe Property Securing Debt:**  
**House and Land:**  
**2713 Omah Street**  
**Durham, NC 27705**  
**Value pursuant to November 2009 Foreclosure Sale Price**

Property will be (check one):  
■ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt  ☐ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Faslo Solutions** | **Describe Property Securing Debt:**<br>**House and Land:**<br>**2713 Omah Street**<br>**Durham, NC 27705**<br>**Value pursuant to November 2009 Foreclosure Sale Price** |

Property will be (check one):
   ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt            ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

| | |
|---|---|
| Date **August 31, 2011** | Signature **/s/ Amy Lynn Henderson**<br>**Amy Lynn Henderson**<br>Debtor |